**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

NEWMONT CORPORATION,

    Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

    Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

    Defendant.

**NEWMONT CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Newmont Corporation ("Newmont"), by and through its undersigned counsel, submit the following corporate disclosure.

Newmont does not have any parent corporation, and no publicly held corporation directly owns ten percent or more of its stock. BlackRock, Inc., is a publicly traded corporation, and two wholly-owned subsidiaries of BlackRock, Inc. together own more than ten percent of Newmont's stock in the aggregate.

DATED: March 9, 2026                        */s/ Timothy S. Bishop*

1

Michael A. Olsen
Timothy S. Bishop
Avi M. Kupfer
Christopher F. Ferro
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com
tbishop@mayerbrown.com
akupfer@mayerbrown.com

*Attorneys for Newmont Corporation*

2