IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-000952

NEWMONT CORPORATION,

    Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

    Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

    Defendant.

**ENTRY OF APPEARANCE**

To the Clerk of Court and All Parties of Record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Nominal Plaintiff Cripple Creek & Victor Gold Mining Company, LLC

1

DATED at Austin, Texas this 9th day of March, 2026.

                                                      */s/Emily Westridge Black*
                                                     Emily Westridge Black
Allen Overy Shearman Sterling US LLP
300 West 6th Street, Suite 2250
Austin TX 78701
(512) 647-1900
emily.westridgeblack@aoshearman.com

*Attorney for Cripple Creek & Victor Gold Mining Company LLC*