## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-000952

NEWMONT CORPORATION,

      Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

      Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

      Defendant.

## ENTRY OF APPEARANCE

      To the Clerk of Court and All Parties of Record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

      Nominal Plaintiff Cripple Creek & Victor Gold Mining Company, LLC

1

DATED at Dallas, Texas this 9th day of March, 2026.

                                                            */s/Billy Marsh*
                                                            Billy Marsh
Allen Overy Shearman Sterling US LLP
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas TX 75201
(214) 271-5777
billy.marsh@aoshearman.com

*Attorney for Cripple Creek & Victor Gold Mining Company LLC*