IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-000952

NEWMONT CORPORATION,

    Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

    Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

    Defendant.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, Nominal Plaintiff Cripple Creek & Victor Gold Mining Company, LLC states that it is an indirect, wholly-owned subsidiary of SSR Mining Inc., which is a publicly traded company.

1

DATED: March 9, 2026

                                                                   */s/Emily Westridge Black*
Emily Westridge Black
Billy Marsh
Allen Overy Shearman Sterling US LLP
300 West 6th Street, Suite 2250
Austin TX 78701
(512) 647-1900
emily.westridgeblack@aoshearman.com
billy.marsh@aoshearman.com

*Attorneys for Cripple Creek & Victor Gold Mining Company LLC*