IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00952-WJM-NRN

NEWMONT CORPORATION, and
CRIPPLE CREEK & VICTOR GOLD MINING COMPANY, LLC,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT, and
COLORADO WATER QUALITY CONTROL DIVISION

    Defendants.

---

### ORDER SETTING SCHEDULING/PLANNING CONFERENCE

---

Entered by Magistrate Judge N. Reid Neureiter

The above-captioned case has been referred to Magistrate Judge N. Reid Neureiter pursuant to the Order Referring Case, entered by Judge William J. Martinez March 10, 2026 (ECF No. 8).

**IT IS HEREBY ORDERED** that Plaintiffs shall promptly serve Defendants.

**IT IS FURTHER ORDERED** that a Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) shall be held on:

> May 5, 2026 at 11:00 a.m.
> in Courtroom A-401,
> Fourth Floor,
> Alfred A. Arraj United States Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**The Scheduling Conference will be conducted via telephone. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.**

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a

more convenient date. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>

**IT IS FURTHER ORDERED** that Plaintiffs shall notify Defendants of the date and time of the Scheduling/Planning Conference.

**IT IS FURTHER ORDERED** that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before <u>21 days prior to scheduling conference</u>. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting. No later than five (5) business days prior to the Scheduling/Planning Conference, counsel/pro se parties shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures, and shall also email a copy of the proposed Scheduling Order (as a Microsoft Word document) to Neureiter_Chambers@cod.uscourts.gov. In addition, on or before fourteen (14) days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

Counsel/pro se parties shall prepare the proposed Scheduling Order as provided in D.C.COLO.LCivR 16.1 in accordance with the form and instructions which may be found through the links in D.C.COLO.LCivR 16.2 and 26.1(a). Parties who are unrepresented and do not have access to the internet may visit the Clerk's Office in Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado. (The Clerk's Office telephone number is (303) 844-3433.) Scheduling Orders prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Scheduling/Planning Conference. It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. *See* D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 10TH DAY OF MARCH 2026.

BY THE COURT:

s/N. Reid Neureiter
N. REID NEUREITER

2

United States Magistrate Judge