**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00952-WJM-NRN

NEWMONT CORPORATION,

    Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

    Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

To the Clerk of Court and All Parties of Record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **Plaintiff Newmont Corporation.**

DATED at Chicago, Illinois this 11th day of March, 2026.

    */s/ Timothy S. Bishop*
    Timothy S. Bishop
    Mayer Brown LLP
    71 South Wacker Drive
    Chicago, IL 60606
    (312) 782-0600
    tbishop@mayerbrown.com

    *Attorney for Newmont Corporation*