**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00952-WJM-NRN

NEWMONT CORPORATION,

    Plaintiff,

and

CRIPPLE CREEK & VICTOR GOLD MINING
COMPANY, LLC,

    Nominal Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC
HEALTH AND ENVIRONMENT and COLORADO
WATER QUALITY CONTROL DIVISION,

    Defendant.

## ENTRY OF APPEARANCE

To the Clerk of Court and All Parties of Record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **Plaintiff Newmont Corporation.**

DATED at New York, New York this 11th day of March, 2026.

    */s/ Avi M. Kupfer*
    Avi M. Kupfer
    Mayer Brown LLP
    1221 Avenue of the Americas
    New York, NY 10020
    (212) 506-2133
    akupfer@mayerbrown.com

    *Attorney for Newmont Corporation*