IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00952-WJM-NRN

NEWMONT CORPORATION, and
CRIPPLE CREEK & VICTOR GOLD MINING COMPANY, LLC,

     Plaintiffs,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT, and
COLORADO WATER QUALITY CONTROL DIVISION

     Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff Newmont Corporation, Nominal Plaintiff Cripple Creek & Victor Gold Mining Company, LLC (collectively "Plaintiffs"), and Defendants Colorado Department of Public Health and Environment and Colorado Water Quality Control Division's (collectively, "Defendants," and with Plaintiffs, the "Parties") Joint Unopposed Motion for Continuance of Defendants' Response Deadline Pending Filing of an Amended Complaint (ECF No. 25) is GRANTED.

     The current deadline for Defendants to response to the initial Complaint (ECF No. 1) is STAYED pending the filing of an amended complaint. The schedule for Plaintiffs to amend the complaint, for Defendants to answer or move to dismiss, and for the Parties to brief any motion to dismiss shall be established at the May 5, 2026 Status Conference.

Date: April 27, 2026